UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MORRIS and BECKY EBENKAMP, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-05914 JAK (JPRx)<br><br>**JUDGMENT**<br><br>**JS-6** |

All claims for relief in Plaintiffs' operative First Amended Complaint having been dismissed with prejudice, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs take nothing, that the action be dismissed, and that Defendant is entitled to seek an award of its costs pursuant to Local Rule 54.

Dated: May 25, 2017

_____
JOHN A. KRONSTADT
United States District Judge